IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WARREN JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF DALLAS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | Civil Action No. 3:19-CV-0180-C |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising that Plaintiff's request for preliminary injunctive relief regarding the removal of the plinth, the seating, and the stairs is moot and should be denied as such. Plaintiff has failed to file any objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. Accordingly, Plaintiff's request for preliminary injunctive relief regarding the removal of the plinth, the seating, and the stairs is hereby **DENIED AS MOOT**.

SO ORDERED this 16 day of May, 2019.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE